March 30, 2018

**<u>VIA ECF</u>**
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *Lisa Ramaci v. Federal Bureau of Investigation*, 17 Civ. 10084 (RA)

Dear Judge Abrams:

The parties to the above-referenced Freedom of Information Act ("FOIA") litigation submit this joint status letter pursuant to the Court's March 1, 2018 Order. *See* Dkt. No. 14. Counsel for Defendant Federal Bureau of Investigation ("FBI" or the "Government") has conferred with counsel for Plaintiff Lisa Ramaci ("Plaintiff"), who joins in this letter. The parties respectfully request that the Court "so-order" the below proposed processing and production schedule, and "so-order" the submission of an additional status update letter to the Court by May 4, 2018, regarding any additional issues.

Following the parties' March 1, 2018 conference with the Court, the parties have engaged in discussions regarding the remaining processing of documents potentially responsive to Plaintiff's FOIA requests.[1] There are approximately more than 3,000 pages of documents remaining that FBI needs to process in response to Plaintiff's requests. Consistent with FBI's interim release policy, FBI proposes reviewing/processing 500 pages per month for release of all non-exempt information, or notification of complete or partial withholding pursuant to any applicable FOIA exemption, on the 30th day of every month, beginning April 30, 2018. Based on the page estimate, and the need to allow for additional time for the processing of any documents referred to other agencies or agency components for review, FBI anticipates that this process will conclude by December 30, 2018. Plaintiff consents to this schedule, subject to the following:

As noted by Plaintiff's counsel at the initial status conference in this matter, the FBI heavily redacted the 90 documents that it produced in its initial release and withheld entirely an additional 26 pages.[2] Plaintiff's attorneys are scheduled to appear at an April 17, 2018 court conference in connection with Plaintiff's underlying civil cases against Iran and its instrumentalities, which is part of the basis for Plaintiff seeking information from the FBI through FOIA in this litigation. Plaintiff anticipates that, at the conference, the court will set out deadlines related to the liability phase of the action. Given the issues that have arisen with regard to the FBI's initial 90 page release, counsel for Plaintiff respectfully requests the opportunity to submit a second status report to the Court on May 4, 2018, which would allow time for Plaintiff to review the second tranche of

---

[1] On February 28, 2018, FBI made an initial release of 90 pages of documents to Plaintiff.

[2] Plaintiff has requested that the FBI take a "second look" at the initial 90-page release to determine if some of the withheld information can in fact be released. But, the FBI has advised that it anticipates that it is unlikely that FBI will reconsider their prior determination.

responsive documents from the FBI. This second status report would allow the parties to advise the Court on the pace of the FBI's production and, if necessary, allow Plaintiff an opportunity to seek the Court's guidance with regard to the possibility of bringing a motion for partial summary judgment with regard to the FBI's withholdings from the first two releases.

We thank the Court for its consideration of this letter.

Respectfully submitted,

OSEN LLC                                    GEOFFREY S. BERMAN
                                            United States Attorney
*Attorneys for Plaintiff*                   *Attorney for Defendant*

By: _/s/ William A. Friedman_        By:    _/s/ Natasha W. Teleanu_
William A. Friedman                         NATASHA W. TELEANU
Michael J. Radine                           Assistant United States Attorney
420 Lexington Avenue, Suite 1648            86 Chambers Street, Third Floor
New York, New York 10170                    New York, New York 10007
Tel.: (201) 265-6400                        Tel.: (212) 637-2528
Fax: (201) 265-0303                         Fax: (212) 637-2686
                                            E-mail: natasha.teleanu@usdoj.gov