USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA RAMACI,

        Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

No. 17-CV-10084 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Upon consent of the parties, the conference scheduled for March 5, 2020 is hereby adjourned to March 6, 2020 at 9:30 a.m.

SO ORDERED.

Dated:   March 3, 2020
          New York, New York

Ronnie Abrams
United States District Judge