USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA RAMACI,

        Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATION,

        Defendant.

No. 17-CV-10084 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties shall file their supplemental submissions no later than April 6, 2020. This action is hereby stayed pending receipt of the supplemental submissions and the Court's ruling on the pending motions.

SO ORDERED.

Dated:   March 6, 2020
          New York, New York

Ronnie Abrams
United States District Judge