```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LISA RAMACI,

                      Plaintiff,

      -against-                                  17 CIVIL 10084 (RA)

## JUDGMENT

FEDERAL BUREAU OF INVESTIGATION,

                      Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 20, 2021, the Court is sympathetic to Plaintiff and her quest to learn as much as she can about the circumstances surrounding the horrific murder of her husband. In this case, however, the law is on the Government's side, as the FBI has adequately demonstrated the basis for its inferences that the sources here provided information with an implied assurance of confidentiality. Accordingly, the FBI's motion for summary judgment is granted, and Plaintiff's cross-motion for summary judgment is denied. Judgment is entered in favor of the FBI; accordingly, the case is closed.

**Dated:** New York, New York

       October 20, 2021

                                                          RUBY J. KRAJICK

                                                               Clerk of Court

                                  BY:

                                                               Deputy Clerk